SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| DAVID MOLYNEAUX<br><br>           Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>           Defendants. | Case No.: 5:16-CV-02186<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT U.S. BANCORP |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff David Molyneaux and defendant U.S. Bancorp, by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The parties anticipate that this matter will be dismissed within 30 days.

Dated:   September 19, 2016

                                                                    **Sagaria Law, P.C.**
                                                                         /s/ *Elliot Gale*
                                                                    Elliot Gale
                                                                    Attorneys for Plaintiff