1  SCOTT J. SAGARIA (SBN 217981)
   ELLIOT W. GALE (SBN 263326)
2  JOE ANGELO (SBN 268542)
   **SAGARIA LAW, P.C**,
3  2033 Gateway Place, 6th Floor
   San Jose, CA 95110
4  408-279-2288 ph: 408-279-2299 fax

5  Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| DAVID MOLYNEAUX, | Case No.: 5:16-CV-02186-HRL |
|---|---|
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT U.S. BANCORP; ~~PROPOSED~~ ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | Re: Dkt. 26 |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff David Molyneaux and defendant U.S. Bancorp, that U.S. Bancorp be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

| | | |
|---|---|---|
| 1 | DATED:  October 6, 2016 | Sagaria Law, P.C. |
| 2 | | By: _/s/ Elliot W. Gale_ |
| 3 | | Elliot W. Gale |
| | | Attorneys for Plaintiff |
| 4 | | David Molyneaux |

DATED:  October 6, 2016        Bryan Cave LLP

By: _/s/ Alexandra Whitworth_
Alexandra Whitworth
Attorneys for Defendant
U.S. Bancorp

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alexandra Whitworth has concurred in this filing.

_/s/ Elliot Gale_

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant U.S. Bancorp is dismissed with prejudice.

IT IS SO ORDERED.

DATED: October 7, 2016

Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE